UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHARI WEISS, on behalf of herself and all others similarly situated,

Plaintiff,

v.

RYDE GROUP LTD; JUNMING TERENCE ZOU; CHEN FEI LANG; TING YONG TAN; SU NEE JOANNE KHOO; WAI HONG POON; VENKATA SUBRAMANIAN S/O SREENIVASAN; KREIT & CHIU CPA, LLP; MAXIM GROUP, LLC; and PUGLISI & ASSOCIATES, INC.,

Defendants.

Case No.: 1:26-cv-07854-JMF

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that Jason S. Giaimo of the law firm of McLaughlin & Stern, LLP, who is admitted to practice before this Court, hereby enters his appearance in the above-captioned matter as counsel for Defendant Ryde Group Ltd.

Dated: New York, New York
October 7, 2026

McLAUGHLIN & STERN, LLP

By: */s/ Jason S. Giaimo*
Jason S. Giaimo
260 Madison Avenue
New York, New York 10016
Tel.: (212) 448-1100
jgiaimo@mclaughlinstern.com
*Attorneys for Defendant Ryde Group Ltd.*