UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHARI WEISS, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RYDE GROUP LTD; JUNMING TERENCE ZOU; CHEN FEI LANG; TING YONG TAN; SU NEE JOANNE KHOO; WAI HONG POON; VENKATA SUBRAMANIAN S/O SREENIVASAN; KREIT & CHIU CPA, LLP; MAXIM GROUP, LLC; and PUGLISI & ASSOCIATES, INC.,<br><br>Defendants. | Case No.: 1:26-cv-07854-JMF<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Lee S. Shalov of the law firm of McLaughlin & Stern, LLP, who is admitted to practice before this Court, hereby enters his appearance in the above-captioned matter as counsel for Defendant Ryde Group Ltd.

Dated: New York, New York
October 8, 2026

McLAUGHLIN & STERN, LLP

By: /s/ Lee S. Shalov
Lee S. Shalov
260 Madison Avenue
New York, New York 10016
Tel.: (212) 448-1100
lshalov@mclaughlinstern.com
*Attorneys for Defendant Ryde Group Ltd.*