AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

SHARI WEISS, et al.,
*Plaintiff*
v.
RYDE GROUP LTD, et al.,
*Defendant*

Case No. 1:26-cv-07854-JMF

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Co-Lead Plaintiffs Ronald Stenseng and Hou Hsin Chen .

Date: 11/24/2026

/s/Brenda Szydlo
*Attorney's signature*

Brenda Szydlo (BS2330)
*Printed name and bar number*

Pomerantz LLP
600 Third Avenue, 20th Floor
New York, NY 10016
*Address*

bszydlo@pomlaw.com
*E-mail address*

(212) 661-1100
*Telephone number*

(917) 463-1044
*FAX number*

Print Save As... Reset