November 24, 2026

VIA ECF

The Honorable Jesse M. Furman
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *Weiss vs. Ryde Grp., Ltd., et al.*, No. 26-cv-07854

Dear Judge Furman:

Court-appointed co-lead plaintiffs Ronald Stenseng and Hou Hsin Chen ("Plaintiffs"), together with the appearing defendants Ryde Group Ltd., Maxim Group, LLC, Puglisi & Associates, Inc., and Kreit & Chiu CPA ("Defendants" and together with Plaintiffs, the "Parties") jointly write to respectfully request that the Court "so order" the proposed deadlines below, which the Parties are required to submit to the Court by no later than November 30, 2026. *See* ECF No. 50 at 6. All Parties have agreed to these deadlines.

| | |
|---|---|
| Amended Complaint | January 19, 2027 |
| Defendants' Motion to Dismiss | March 22, 2027 |
| Plaintiffs' Opposition to Motion to Dismiss | May 21, 2027 |
| Defendants' Reply in Support of Motion to Dismiss | June 21, 2027 |

The Parties are available to answer any questions the Court may have.

Respectfully submitted,

**LEVI & KORSINSKY, LLP**

By: */s/ Adam M. Apton*
Adam M. Apton
Shannon L. Hopkins
Gregory M. Potrepka
1111 Summer Street, Suite 403
Stamford, CT 06905
Telephone: (203) 992-4523
Fax: (212) 363-7171
aapton@zlk.com

**KAUFMAN DOLOWICH LLP**

By: Myah Drouin Esq.
Matthew H. Lee
Myah E. Drouin
One Battery Park Plaza
11th Floor, Suite 1120
New York, NY 10004
Telephone: (212) 485-9600
MLee@kaufmandolowich.com
Myah.Drouin@kaufmandolowich.com

shopkins@zlk.com
gpotrepka@zlk.com

-and-

**POMERANTZ LLP**

By: <u>*/s/ Brenda Szydlo*</u>
Jeremy A. Lieberman
Brenda Szydlo
Dean Ferrogari
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Fax: (917) 463-1044
jalieberman@pomlaw.com
bszydlo@pomlaw.com
dferrogari@pomlaw.com

*Attorneys for Co-Lead Plaintiffs*

*Attorneys for Defendant Kreit & Chiu, CPA*

**McLAUGHLIN & STERN, LLP**

By: <u>*/s/ Jason S. Giaimo*</u>
Jason S. Giaimo
260 Madison Avenue
New York, New York 10016
Tel.: (212) 448-1100
jgiaimo@mclaughlinstern.com

*Attorneys for Defendants Ryde Group Ltd., Maxim Group, LLC, and Puglisi & Associates, Inc.*

cc: All Counsel of Record

SO ORDERED.

November 25, 2026